UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

U.S.A. vs. Takashi Alastair Taylor  Docket No. 7:14-MJ-1174-1RJ

**Petition for Action on Probation**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Takashi Alastair Taylor, who, upon an earlier plea of guilty to Trespassing, in violation of 18 U.S.C. § 1382, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on April 1, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 17, 2015, a Violation Report was submitted to the court indicating that the defendant tested positive for marijuana on December 3, 2014, December 15, 2014, and January 26, 2015, while under pretrial release. The defendant was placed in the Surprise Urinalysis Program (SUP) and referred to Chemical Dependency Training & Guidance (CDTEG) in Jacksonville, North Carolina for a substance abuse assessment. As a result of the evaluation, it was recommended that the defendant participate in weekly group counseling sessions for approximately eight weeks. Given the defendant's history of marijuana abuse, it appears appropriate to allow him to continue participation in the SUP and the outpatient treatment program he was enrolled in as part of pretrial supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: April 6, 2015

## ORDER OF THE COURT

Considered and ordered this ___13___ day of ___April___, 2015 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge