IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:14-MJ-1174-RJ

UNITED STATES OF AMERICA

vs.                                                                 **ORDER**

TAKASHI ALASTAIR TAYLOR,
        Defendant.

FOR GOOD CAUSE SHOWN and with the concurrence of the supervising probation officer, the supervised probation of the defendant is terminated and the defendant is released from probation supervision forthwith.

IT IS ORDERED AND DIRECTED.

Entered at Chambers, this the __18__ day of August, 2015.

The Honorable Robert B. Jones, Jr.
United States Magistrate Judge